1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  PATRICIA SPALETTA (CABN 156788)
   Special Assistant United States Attorney
5     450 Golden Gate Avenue
      San Francisco, California  94102
6     Telephone: (415) 522-6031
      Facsimile: (415) 436-7234
7     E-Mail: Patricia.Spaletta@usdoj.gov

8  Attorneys for the United States

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,        )   Criminal No. CR 10-0366 MMC
13                                  )
          Plaintiff,                )
14                                  )
       v.                           )   [PROPOSED] ORDER AND
15                                  )   STIPULATION EXCLUDING TIME
   DANIEL BONILLA,                  )   FROM MAY 4, 2010 TO MAY 19, 2010
16                                  )
                                    )
17        Defendant.                )
                                    )
18  _____)

19       The parties appeared before the Honorable Joseph C. Spero on May 4, 2010.  The

20  defendant waived indictment and agreed to proceed by information.  With the agreement of

21  counsel for both parties, the Court found and held as follows:

22       1.  The parties agree to an exclusion under the Speedy Trial Act, 18 U.S.C. § 3161(b),

23  from May 4, 2010 to May 19, 2010, in light of the need for defense counsel to meet with the

24  defendant to consider a plea offer.  Failure to grant the requested Speedy Trial continuance would

25  unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

26  into account the exercise of due diligence.

27       2.  Given these circumstances, the Court found that the ends of justice served by

28
    STIPULATION AND [PROPOSED] ORDER
    EXCLUDING TIME
    CR 10-0366 MMC

excluding the period from May 4, 2010 to May 19, 2010 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from May 4, 2010 to May 19, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(b), (h)(7)(A), and (B)(iv).

IT IS SO STIPULATED.

DATED: May 7, 2010              /s/
                                    STEVEN KALAR
                                    Assistant Federal Public Defender

DATED: May 7, 2010              /s/
                                    PATRICIA SPALETTA
                                    Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: __05/11/10_____                                     
                                    THE HON. JOSEPH C. SPERO
                                    United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME
CR 10-0366 MMC                           2