IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>DANIEL BONILLA,<br><br>                Defendant. | No. CR 10-0366 MMC<br><br>[PROPOSED] STIPULATED CONTINUING CHANGE OF PLEA AND SENTENCING<br><br>**Current Hearing Date:** Wednesday, July 14, 2010 at 2:30 p.m.<br><br>**New Hearing Date**: Wednesday, September 1, 2010 at 2:30 pm |

    The defendant in the above-entitled case charged with illegal reentry into the United States, and is scheduled to enter a plea of guilt and be summarily sentenced on Wednesday, July 14, 2010 at 2:30 p.m.. In this stipulated order counsel for Mr. Bonilla represents that he was out of the district on work-related business at the end of last week, and did not receive the pre-plea presentence report in time to review it with his client before the anticipated plea.

    In addition, due to the unavailability of the Honorable Maxine M. Chesney the matter has been moved to a morning calendar on the same date for the Honorable Charles R. Breyer. Undersigned defense counsel is unavailable at that morning calendar due to conflicting court appearances.

    Defense counsel has consulted with the government and the court clerk for Judge

1  Chesney, and requests that the matter go over for plea and sentencing on Wednesday,
2  September 1, 2010 at 2:30 p.m.. Between July 14, 2010 and September 1, 2010 defense
3  counsel will review the pre-plea presentence report with his client. In addition, defense
4  counsel will be unavailable for part of that period due to a work-related, out-of-district trip in
5  August, and personal leave. Finally, Judge Chesney will also be unavailable during part of
6  that period.
7       The government has no objection to the defense request to continue the matter to
8  September 1, 2010.
9       The parties jointly recommend that time be excluded under the Speedy Trial Act from
10  July 14, 2010 to September 1, 2010 to permit for the effective preparation of defense counsel
11  and the continuity of counsel. In addition, the plea agreement has been provided to Judge
12  Chesney for the court's consideration, and the parties recommend exclusion of time as the
13  Court reviews the plea agreement.
14       Therefore, for good cause shown the change of plea and summary sentencing now
15  scheduled for Wednesday, July 14, 2010 shall be vacated. The matter shall be added to Judge
16  Chesney's criminal calendar on Wednesday, September 1, 2010 at 2:30 p.m. for change of
17  plea and summary sentencing. Time shall be excluded under the Speedy Trial Act between
18  July 14, 2010 and September 14, 2010 to permit for the effective preparation of counsel,
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //

continuity of counsel, and as the court considers the proposed plea agreement.

IT IS SO ORDERED.

July 13, 2010                        /s/ Charles R. Breyer
DATED                                CHARLES R. BREYER
                                     United States District Court Judge
                                     for Maxine M. Chesney

IT IS SO STIPULATED.

July 12, 2010                         /s
DATED                                JOSEPH P. RUSSONIELLO
                                     United States Attorney
                                     Northern District of California
                                     PATRICIA SPALETTA
                                     Assistant United States Attorney


July 12, 2010                         /s
DATED                                BARRY J. PORTMAN
                                     Federal Public Defender
                                     Northern District of California
                                     STEVEN G. KALAR
                                     Assistant Federal Public Defender